No. 1001. CARLI v. WISCONSIN. Supreme Court of Wisconsin. Certiorari denied. *Dominic H. Frinzi* for petitioner. *Stewart G. Honeck,* Attorney General of Wisconsin, and *William A. Platz,* Assistant Attorney General, for respondent.

No. 961. OSSLO ET AL. v. CALIFORNIA. Supreme Court of California. Certiorari denied. Bail having been temporarily granted in this case by MR. JUSTICE DOUGLAS on April 29, 1958, it is ordered that said order continue until June 23, 1958, and then terminate. THE CHIEF JUSTICE took no part in the consideration or decision of this application. *Aaron Sapiro* and *Charles P. Scully* for petitioners. *Edmund G. Brown,* Attorney General of California, and *William E. James* and *Norman H. Sokolow,* Deputy Attorneys General, for respondent.

No. 1014. HARRIS ET AL. v. CITY OF NEW YORK ET AL. Court of Appeals of New York. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that the petition for writ of certiorari should be granted. *David I. Shapiro* and *Harris L. Present* for petitioners. *Peter Campbell Brown, Benjamin Offner* and *Anthony Curreri* for the City of New York et al., *Edward D. Burns, Porter R. Chandler, William R. Meagher* and *Martin Fogelman* for Fordham University, *Samuel I. Rosenman* and *Max Freund* for Webb & Knapp Lincoln Square Corporation, and *William Eldred Jackson* and *Rebecca M. Cutler* for Lincoln Center for the Performing Arts, Inc., respondents.

No. 1024. GENERAL CASUALTY Co. v. GRUBB, U. S. DISTRICT JUDGE. C. A. 7th Cir. Certiorari denied. *Suel O. Arnold* for petitioner.